IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**SUNDARI K. PRASAD,**

      Plaintiff,

v.                                                                              Civil Action No. **3:17CV497**

**MI BOCA LATINA, *et al.*,**

      Defendants.

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED

that the action is DISMISSED WITHOUT PREJUDICE.   Prasad's Motion to Amend (ECF

No. 12) is DENIED.

Should Prasad desire to appeal, a written notice of appeal must be filed with the Clerk of

the Court within thirty (30) days of the date of entry hereof.  Failure to file a notice of appeal

within that period may result in the loss of the ability to appeal.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to

Prasad.

And it is so ORDERED.

                                                 /s/
                                   M. Hannah Lauck
                                   United States District Judge

Date: OCT 0 5 2018
Richmond, Virginia